IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEROY LAVENDER,

   Plaintiff,

   v.

ADVANCE AUTO PARTS,

   Defendant.

CIVIL ACTION FILE
NO. 1:04-CV-3813-TWT

OPINION AND ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending dismissing the action for the Plaintiff's repeated failures to comply with the discovery Orders of the Magistrate Judge. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 25 day of October, 2005.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\04\Lavender\r&r.wpd